IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EILEEN DULCEAK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:18-CV-1302-N (BT) |
| | § | |
| NANCY A. BERRYHILL, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

This Social Security Appeal has been automatically referred to the United States magistrate judge for pretrial management pursuant to Special Order No. 3-251. Before the Court is Plaintiff Eileen Dulceak's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 3], filed on May 22, 2018. On May 23, 2018, the Court entered its Findings, Conclusions, and Recommendation recommending that the District Court deny Plaintiff's Application, because the information provided in Plaintiff's Application showed that Plaintiff's household has sufficient funds to pay the filing fee. *See* Recommendation 2 [ECF No. 5]. On June 4, 2018, Plaintiff paid the $400 filing fee. *See* Payment [ECF No. 6]. Therefore, the Court VACATES its May 23, 2018 Findings, Conclusions, and Recommendation, and DENIES as moot Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs.

1

**SO ORDERED**.

June 27, 2018.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE